IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUSAN CHAICHIAN                                                                                    PLAINTIFF

VS.                                            CASE NO. 16-CV-1026

THE HARTFORD FINANCIAL
SERVICES GROUP, INC., *et al*.                                                              DEFENDANTS

**ORDER**

Before the Court are two Report and Recommendations filed on August 3, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF Nos. 35-36). In the first Report and Recommendation (ECF No. 35), Judge Bryant recommends that Certain Defendants' Motion to Dismiss (ECF No. 8) be granted in part and denied in part. Specifically, Judge Bryant recommends that the claims against Hartford Financial Services Group, Inc., Hartford Insurance Group, Hartford Fire Insurance Company and its Affiliates, Hartford Fire Insurance Company, and Hartford Fire and Casualty Group be dismissed. Judge Bryant further recommends that the claims against Sentinel Insurance Company Limited and SWBC Insurance Services, Inc. remain for disposition.

In the second Report and Recommendation (ECF No. 36), Judge Bryant recommends that Plaintiff's Motion for Leave to Amend Complaint and for Change of Jurisdiction to Nevada and Motion for all Communications to Be in Writing (ECF No. 29) be granted in part and denied in part. Specifically, Judge Bryant recommends that Plaintiff's request to amend be granted, that her request to change venue be denied, and that her request for all communications to be in writing be denied as moot.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts both Report and Recommendations *in toto*.  For the reasons stated in the Report and Recommendation (ECF No. 35), Certain Defendants' Motion to Dismiss (ECF No. 8) is hereby **GRANTED in part** and **DENIED in part**.  Plaintiff's claims against Defendants Hartford Financial Services Group, Inc., Hartford Insurance Group, Hartford Fire Insurance Company and its Affiliates, Hartford Fire Insurance Company, and Hartford Fire and Casualty Group are **DISMISSED**.  Plaintiff's claims against Defendants Sentinel Insurance Company Limited and SWBC Insurance Services, Inc. remain pending.

For the reasons stated in the Report and Recommendation (ECF No. 36), Plaintiff's Motion for Leave to Amend Complaint and for Change of Jurisdiction to Nevada and Motion for all Communications to Be in Writing (ECF No. 29) is hereby **GRANTED in part** and **DENIED in part**.  Plaintiff's request to amend her Complaint is granted.  Plaintiff's Amended Complaint must be filed on or before **September 13, 2016**.  Plaintiff's request for a change of venue is denied.  Plaintiff's request that all communications be in writing is denied as moot.

**IT IS SO ORDERED**, this 23rd day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge