IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUSAN CHAICHIAN                                                    PLAINTIFF

vs.                                    Civil No. 1:16-cv-01026

SENTINEL INSURANCE COMPANY LIMITED et al.              DEFENDANTS

**ORDER**

    Because Plaintiff has responded to Defendant's Motion to Dismiss, the Report and

Recommendation entered on December 19, 2016 (ECF No. 46) is hereby **WITHDRAWN**.

    **ENTERED this 4ᵗʰ  day of January 2017.**

                      /s/  Barry A. Bryant
                      HON. BARRY A. BRYANT
                      U.S. MAGISTRATE JUDGE

1