IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUSAN CHAICHIAN                                                                                    PLAINTIFF

vs.                                        Civil No. 1:16-cv-01026

SENTINEL INSURANCE
COMPANY LIMITED and
SWBC INSURANCE SERVICES, INC.                                                      DEFENDANTS

**REPORT AND RECOMMENDATION
OF A UNITED STATES MAGISTRATE JUDGE**

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. ECF No. 79. With this Motion, Plaintiff requests her case be dismissed without prejudice. *Id.* Defendants have responded to this Motion and object to Plaintiff's request that this case be dismissed without prejudice. ECF No. 81. Instead, Defendants request this case be dismissed with prejudice. *Id.*

On October 3, 2017, this Court entered a Report and Recommendation recommending this case be dismissed with prejudice because Plaintiff has already released her claims, and Defendants have already paid Plaintiff in accordance with the terms of the settlement agreement. Considering these facts, the Court recommends this Motion (ECF No. 81) be **DENIED**. This case should be dismissed with prejudice.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 24th day of October 2017.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE