IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUSAN CHAICHIAN                                                                           PLAINTIFF

v.                                        Case No. 1:16-cv-1026

SENTINEL INSURANCE CO. LTD.; and
SWBC INSURANCE SERVICES, INC.                                                    DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed on October 24, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 82. Judge Bryant recommends that Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 79) be denied.[1] No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 79) is **DENIED**.

**IT IS SO ORDERED**, this 15th day of November, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Judge Bryant's recommendation is based upon the Court's previous Order which dismissed this action with prejudice. *See* ECF No. 83.