IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SOUSAN CHAICHIAN                                                                    PLAINTIFF

v.                              Case No. 1:16-cv-1026

SENTINEL INSURANCE CO. LTD.; and
SWBC INSURANCE SERVICES, INC.                                                    DEFENDANTS

# ORDER

Before the Court is a Motion to Transfer Venue filed by Plaintiff Sousan Chaichian ("Plaintiff"). ECF No. 85. On October 30, 2017, the Court issued an order which granted Defendants' Motion to Enforce Actual Settlement Agreement (ECF No. 74) and dismissed this matter with prejudice pursuant to the terms of a settlement agreement entered into between the parties. ECF No. 83. In the instant motion, Plaintiff moves the Court to transfer this case to the United States District Court for the District of Nevada.

The Court finds that Plaintiff's motion must fail, as this matter has been dismissed with prejudice and is considered closed. Accordingly, Plaintiff's Motion to Transfer Venue (ECF No. 85) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 11th day of December, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge